UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ARTHUR BUCKALEW,

Plaintiff,

v. Civil Action No. 2 : 16-01940

WAL-MART STORES, EAST, LP,
a Delaware limited partnership;
PEPSICO, INC., a North Carolina
corporation; and FRITO-LAY, INC.,
a Delaware corporation,

Defendants.

AGREED ORDER TO AMEND THE
AMENDED COMPLAINT TO SUBSTITUTE THE PARTIES

Now come Plaintiff and Defendants, by counsel and agree that parties be substituted pursuant to "Suggestion of Death and Motion to Substitute Parties and Amend the Amended Complaint" and "Stipulation to Substitute Party." (Document 5). The Court is informed by Plaintiff's counsel that Plaintiff, Arthur Buckalew, died on February 26, 2016. Plaintiff's counsel now moves to substitute Mr. Buckalew's son and executor of his estate, Michael Arthur Buckalew, as personal representative with authority to prosecute this case. Plaintiff's counsel has filed a Suggestion of Death, which includes the obituary of Arthur Buckalew and "Order Confirming Executor," which duly confirms Michael Arthur Buckalew as his executor. Further, the stipulation agreed upon warrants a substitution of Defendants PepsiCo, Inc. and Frito-Lay, Inc.

with Rolling Frito-Lay Sales, LP.

There being no objections by Defendants, **IT IS ORDERED** Plaintiff's motion to substitute parties and amend the amended complaint is hereby **GRANTED** and Plaintiff shall file its Second Amended Complaint within seven days from the date of this order.

**IT IS FURTHER ORDERED**, that in answering Plaintiff's Second Amended Complaint, Defendants may assert any appropriate affirmative defenses and any counterclaims they may have against the substituted parties.

The Clerk is requested to transmit this Order to all counsel of record and to any unrepresented parties.

DATED: April 13, 2016

John T. Copenhaver, Jr.
United States District Judge

PREPARED BY:

/s/ Clayton G. Anderson
Clayton G. Anderson
West Virginia State Bar No. 7315
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
P (304) 342-3106
F (304) 342-3189
CGA@TheMastersLawFirm.com
*Counsel for Plaintiff*

Agreed to By:

/s/ Stuart A. McMillan
Stuart A. McMillan
West Virginia State Bar No. 6352
Joshua A. Johnson
West Virginia State Bar No. 12247
Bowles Rice LLP
600 Quarrier Street
Charleston, West Virginia 25301
P (304) 347-1110
F (304) 347-2867
smcmillan@bowlesrice.com
*Counsel for PepsiCo, Inc., Frito-Lay, Inc. and Rolling Frito-Lay Sales, LP*

/s/ Heather M. Noel
Heather M. Noel
West Virginia State Bar No. 7814
Sara E. Brown
West Virginia State Bar No. 11999
MacCorkle Lavender PLLC
2004 White Willow Way
Morgantown, West Virginia 26505
P (304) 599-5600
F (304) 599-8141
hnoel@mlclaw.com
sbrown@mlclaw.com
*Counsel for Wal-Mart Stores, East, LP*

F:\2\694\o001.docx