UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

THE ESTATE OF ARTHUR BUCKALEW,
by MICHAEL A. BUCKALEW, Executor of
the Estate of Arthur Buckalew,

Plaintiff,

vs.

Civil Action No. 2:16-cv-01940
Judge John T. Copenhaver, Jr.

WAL-MART STORES EAST, LP,
a Delaware limited partnership and
ROLLING FRITO-LAY SALES,
LP, a Delaware limited partnership,

Defendants.

**AGREED DISMISSAL ORDER WITH PREJUDICE**

Plaintiff, The Estate of Arthur Buckalew, by Michael A. Buckalew, Executor of the Estate of Arthur Buckalew, and Defendants, Wal-Mart Stores East, LP and Rolling Frito-Lay Sales, LP, by their respective counsel, announced to this Court that this matter has been settled and compromised between them and that all claims that were asserted or could have been asserted against Defendants in the above-captioned civil action have been fully settled and compromised. Based upon that settlement and compromise, the parties jointly moved this Court to dismiss the above-styled civil action, with prejudice. For good cause shown, it is hereby ORDERED that this case shall be, and hereby is, DISMISSED WITH PREJUDICE and removed from the active docket of this Court.

The Clerk is DIRECTED to send certified copies of this Order to all counsel of record.

ENTER this 10th day of February, 2017.

John T. Copenhaver, Jr.
United States District Judge

Agreed to and submitted by:

/s/ Stuart A. McMillan
Stuart A. McMillan (WVBN 6352)
Joshua A. Johnson (WVBN 12247)
Bowles Rice LLP
600 Quarrier Street
Charleston, West Virginia 25301
*Counsel for Defendants*

/s/ Clayton G. Anderson
Clayton G. Anderson (WVBN 7315)
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
*Counsel for Plaintiff*